UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:18-cv-22455-GAYLES/OTAZO-REYES

**VICKI AHERN**,

    Plaintiff,

v.

**DELTA AIR LINES, INC.,**
**and HUMBERTO TAPANES**,

    Defendant.
_____/

## FINAL JUDGMENT

**THIS CAUSE** comes before the Court upon the Order of July 5, 2022, [ECF No. 155], in which the Court granted Defendants Delta Air Lines, Inc. and Humberto Tapanes's Joint Motion for Summary Judgment, [ECF No. 83]. Pursuant to Federal Rule of Civil 58, it is

**ORDERED AND ADJUDGED** that judgment is entered in favor of Defendants Delta Air Lines, Inc. and Humberto Tapanes, and against Plaintiff Vicki Ahern. Plaintiff shall take nothing from this action.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 5th day of July, 2022.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE